UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) CASE NO. MJ 20-050
)
    Plaintiff, )
)
    v. ) DETENTION ORDER
)
DALE DUPREE CASEY, )
)
    Defendant. )
                                                 )

Offenses charged in Indictment:

Count 1: Assault by Strangulation, by an Indian in Indian Country

Count 2: Domestic Assault by a Habitual Offender

Date of Detention Hearing: February 6, 2020.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant and counsel did not oppose the entry of an Order of Detention.

(2) He is charged with two crimes of violence.

(3) His record includes convictions for felony theft, seven convictions for assault, two for harassment, conviction on four counts of criminal abuse of children, and various other offenses. He has had numerous failures to appear. There is a pending active warrant from Alaska on a traffic charge, but it is non-extraditable.

(4) The pretrial services officer reports that some of his offenses have occurred while he was on supervision; and that he has "possible substance abuse problems." The Pretrial Services Office regards defendant as a danger to others and a flight risk, and recommends detention. The court concurs.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in

connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>6th</u> day of February, 2020.

<u>s/ John L. Weinberg</u><br>
United States Magistrate Judge